O-send

```
                                    ┌─────────────────────────────────┐
                                    │             FILED               │
                                    │  CLERK, U.S. DISTRICT COURT     │
                                    │                                 │
                                    │          MAY - 5 2010           │
                                    │                                 │
                                    │ CENTRAL DISTRICT OF CALIFORNIA  │
                                    │ BY                      DEPUTY  │
                                    └─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )      09-2647 M
                               )
            Plaintiff,         )      ORDER [OF DETENTION] [SETTING
                               )      CONDITIONS OF RELEASE] AFTER HEARING
        v.                     )           (18 U.S.C. § 3148(b):
Gordon MILLER                  )        (Allegations of Violation of
                               )        Pretrial Conditions of Release)
                               )
            Defendant.         )
_____)

                          A.

    On motion of the Government involving an alleged violation of
conditions of pretrial release and warrant for arrest issued by [Judge
Nuffer.

                          B.

    The court finds there is

(1)

        (A)   ( )   Probable  cause  to  believe  that  the  defendant has

                    committed  a  Federal,  State,  or  local  crime  while  on

                    release; or

        (B)   ( )   Clear  and  convincing  evidence  that  the  defendant  has

                    violated  any  other  condition  of  release;  and

(2)

   (A)  ✗   Based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that the person will not flee or pose a danger to the safety or any other person or the community, or

   (B)  ( )  The person is unlikely to abide by any condition or combination of conditions of release.

         and/or, in the event of (1)(A)

(3)    ( )  There is probable cause to believe that, while on release, the defendant committed a Federal, State, or local felony, and the presumption that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community has not been rebutted.

                  or

(4)    ( )  The court finds that there are conditions of release that will assure that the defendant will not flee or pose a danger to the safety of any other person or the community, and that the defendant will abide by such conditions. _See_ separate order setting conditions.

      ( )  It is further ordered that this order is stayed for 72 hours in order to allow the Government to seek review from the [assigned district judge] [criminal duty district judge].

                  or

1               C.

2      ☒   IT IS ORDERED defendant be detained prior to trial.

3              DATED:  5/8/10

4                              _____

5                              U.S. MAGISTRATE/DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   [11/04]

28